UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
AT ASHLAND

CRIMINAL ACTION NO. 10-5-DLB-EBA

UNITED STATES OF AMERICA                                    PLAINTIFF

vs.                          **ORDER ADOPTING**
                         **REPORT AND RECOMMENDATION**

KEITH HOLLINGSWORTH                                         DEFENDANT

\* \*   \* \*   \* \*   \* \*   \* \*   \* \*   \* \*

This matter is before the Court upon the Report and Recommendation ("R&R") of United States Magistrate Judge Edward B. Atkins, wherein he recommends that the Court revoke Defendant Keith Hollingsworth's supervised release and impose a sentence of twelve (12) consecutive weekends of confinement, with no term of supervised release to follow. (Doc. # 136). At the final revocation hearing conducted on August 17, 2017, Defendant stipulated to the amended allegations relating to Violation No. 1 and the allegations relating to Violation Nos. 2 and 3 in the Violation Report. (Doc. # 135).

Defendant having executed a waiver of his right to allocution (Doc. # 133), and the time for filing objections to the R&R having now expired, the R&R is ripe for the Court's consideration. Having reviewed the R&R, and the Court concluding that the R&R is sound in all respects, including the recommended sentence and the basis for said recommendation, and the Court being otherwise sufficiently advised,

**IT IS ORDERED** as follows:

(1) The Magistrate Judge's Report and Recommendation (Doc. # 136) is

1

hereby **ADOPTED** as the findings of fact and conclusions of law of the Court;

    (2)    Defendant is found to have **VIOLATED** the terms of his supervised release;

    (3)    Defendant's supervised release is hereby **REVOKED**;

    (4)    Defendant is hereby **SENTENCED** to **twelve (12) consecutive weekends of confinement** at a facility to be designated, **with no term of supervised release to follow**; and

    (5)    A separate Judgment shall be entered contemporaneously forthwith.

This 13th day of September, 2017.



Signed By:
David L. Bunning
United States District Judge

K:\DATA\ORDERS\Ashland Criminal\2010\10-05 Order Adopting R&R re SRV.docx